# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| ARVILLE DEWAYNE GREENE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:18-cv-00061 ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 20) recommending that the Greene's Motion for Judgment on the Administrative Record (Doc. No. 15), to which the Commissioner responded (Doc. No. 19) in opposition, be denied and the Commissioner's decision be affirmed. No objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and Greene's Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED**. The Commissioner's decision is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE